IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HENRY WEBB, | ) | 8:12CV133 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT GAGE, and STATE OF | ) | |
| NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion.  On April 20, 2012, the court entered a Memorandum and Order that directed Plaintiff to apprise the court of his current address.  (Filing No. 8.)  In this Memorandum and Order, the court warned Plaintiff that failing to apprise the court of his current address by May 21, 2012, would result in the dismissal of this case without further notice.  (*Id.*)  Plaintiff failed to respond.

IT IS THEREFORE ORDERED that:

1.      This matter is dismissed without prejudice for failure to comply with the court's orders.

2.      All pending motions are denied as moot.

3.      A separate judgment will be entered in accordance with this Memorandum and Order.


DATED this 29th day of May, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.